CURTIS J. BUSBY, ESQ.
Nevada Bar No. 6581
PAUL R. LEE, ESQ.
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
Tel: (602) 643-2300
curtis.busby@bowmanandbrooke.com

ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
EDWARD SILVERMAN, ESQ.
Nevada Bar No. 013584
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com

Attorneys for Defendants
NISSAN NORTH AMERICA, INC., NISSAN MOTOR CO., LTD., GARFF-WARNER NISSAN OF SLC, LLC, dba KEN GARFF NISSAN OF SALT LAKE; GARFF-WARNER AUTOMOTIVE GROUP, LLC AND GARFF AUTOMOTIVE GROUP, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
^.^

| | |
|---|---|
| MORGAN RUSSELL,<br><br>        Plaintiff,<br>vs.<br><br>NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC., AUTOLIV JAPAN LTD.; AUTOLIV ELECTRONICS ASIA PACIFIC; TAKATA CORPORATION; TK HOLDINGS, INC; KEN GARFF AUTOMOTIVE GROUP d/b/a KEN GARFF NISSAN OF SALT LAKE; DOE INDIVIDUALS 1 through 100; ROE BUSINESS ENTITIES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 2-16-cv-00458-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES**<br><br>**(THIRD REQUEST)** |

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

## **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES**
## **(THIRD REQUEST)**

Plaintiff Morgan Russell and Defendants Nissan North America, Inc., Nissan Motor Co., Ltd., and Garff-Warner Nissan of SLC, LLC d/b/a Ken Garff Nissan of Salt Lake (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that the expert discovery deadlines be extended as set forth below.

In support of this Stipulation, the Parties set forth the following status of discovery in accordance with LR 26-4.

### **I.   DISCOVERY REMAINING**

The parties have complied with the discovery deadlines set forth in the Discovery Plan and the Second Stipulation and Order to Extend Discovery Deadlines. The Parties, at this stage, are set to provide their respective experts and opinions, with Plaintiff producing one of her expert's report for purposes of early mediation.

### **II.   REASONS WHY EXPERT DISCOVERY SHOULD BE EXTENDED**

1. This is a complex products liability case involving allegations of a passenger airbag failure causing multiple injuries, including neurologic injuries. Plaintiff claims more than $500,000.00 in past medical specials. The damages and medical components of this case are complex due to the extent of Plaintiff's injuries and ongoing treatment. The liability aspect of the case is complex because it potentially involves the vehicle, its airbag system, the various components of the airbag system, as well as other components of the vehicle that interact with and potentially affect the airbag system.

2. The Parties are in the process of scheduling formal mediation. Plaintiff has already provided an early report from her expert, but wishes to mediate at this time instead of incurring the additional expenses of preparing the remainder of her experts' reports, and gaining greater

flexibility in negotiations. Additionally, Nissan prefers not to incur any unnecessary expert costs at this time, and instead would rather focus on mediation. Accordingly, the Parties wish to extend their respective expert disclosure of opinions for a brief period, until after mediation. The parties are currently attempting to schedule a time with Judge Jerry Whitehead or Joesph Bongiovi III for August or September of 2017, assuming availability.

For these reasons, the Parties stipulate to extend deadlines for "expert discovery" and discovery cut-off, as set forth in the Discovery Plan and the Second Stipulation and Order to Extend Discovery Deadlines.

### III. PROPOSED DEADLINES FOR REMAINING DISCOVERY

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Disclosure of Plaintiff's experts and opinions: | **July 17, 2017** | **Sept. 13, 2017** |
| Disclosure of Defendants' experts and opinions: | **Sept. 1, 2017** | **Oct. 13, 2017** |
| Disclosure of rebuttal experts and opinions: | **Sept. 30, 2017** | **Nov. 10, 2017** |
| Amendments of Pleadings and Adding Parties to be completed: | **Oct. 17, 2017** | **No change** |
| Discovery Cut-Off Date: | **Dec. 12, 2017** | **Jan. 12, 2018** |
| Dispositive motions shall be filed no later than: | **Feb. 13, 2018** | **No change** |
| The Pretrial Order, including motions in limine, must be filed by: | **March 17, 2018** | **No change** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

LS-23602

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

## IV. CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an Order adopting the dates set forth in this Stipulation.

DATED this 24th day of July, 2017.

| MAINOR WIRTH, LLP | BOWMAN AND BROOKE LLP |
|---|---|
| */s/ Danielle Tarmu* | */s/ Paul R. Lee* |
| Bradley S. Mainor (7434) | Curtis J. Busby, Esq. (6581) |
| Danielle Tarmu (11727) | Paul Lee, Esq. (18464) |
| Katie E. Goldberg (13493) | 2901 North Central Avenue, Suite 1600 |
| 6018 S. Ft. Apache Road, Suite 150 | Phoenix, AZ 85012 |
| Las Vegas, Nevada 89148 | Telephone: 602-643-2300 |
| Telephone: 702-464-5000 | Facsimile: 602-248-0947 |
| Facsimile: 702-463-4440 | curtis.busby@bowmanandbrooke.com |
| Brad@mwinjury.com | paul.lee@bowmanandbrooke.com |
| Danielle@mwinjury.com | *Attorneys for Defendants NISSAN NORTH AMERICA, INC. and GARFF-WARNER NISSAN OF SLC, LLC, dba KEN GARFF NISSAN OF SALT LAKE* |
| Katie@mwinjury.com | |
| *Attorneys for Plaintiff Morgan Russell* | |

## ORDER

It is so Ordered.

Dated this 25th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

n:\leann.grp\cases\23602\pleadings\sao to extend discovery deadlines - 3rd request.doc

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000