# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

MORGAN RUSSELL,

        Plaintiff,

vs.

NISSAN MOTOR CO., LTD., *et al.*,

        Defendants.

2:16-cv-458-JCM-VCF

**ORDER**

Before the Court is the Notice of Settlement (ECF No. 62).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff and Defendants Nissan North America, Inc., Nissan Motor Co., Ltd., Garff-Warner Nissan of SLC, LLC dba Ken Garff Nissan of Salt Lake must file a proposed stipulation and order for dismissal on or before January 12, 2018.

DATED this 13th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE