CURTIS J. BUSBY, ESQ.
Nevada Bar No. 6581
PAUL R. LEE, ESQ. (*Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
Tel: (602) 643-2300
Fax: (602) 248-0947
curtis.busby@bowmanandbrooke.com
paul.lee@bowmanandbrooke.com

LEANN SANDERS, ESQ.
Nevada Bar No. 00390
EDWARD SILVERMAN, ESQ.
Nevada Bar No. 013584
**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Tel: (702) 384-7000
Fax: (702) 385-7000
efile@alversontaylor.com

Attorneys for Attorneys for Defendants Nissan North America, Inc., Nissan Motor Co., Ltd., Garff-Warner Nissan of SLC, LLC dba Ken Garff Nissan of Salt Lake

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN RUSSELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR CO., LTD., NISSAN NORTH AMERICA, INC.; AUTOLIV JAPAN LTD.; AUTOLIV ELECTRONICS ASIA PACIFIC; TAKATA CORPORATION; TK HOLDINGS, INC.; GARFF-WARNER NISSAN D/B/A KEN GARFF NISSAN OF SALT LAKE; GARFF-WARNER AUTOMOTIVE GROUP, LLC; GARFF AUTOMOTIVE GROUP, LLC; DOE INDIVIDUALS 1 through 100; ROE BUSINESS ENTITIES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-00458-JCM-VCF<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

///

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendants Nissan North America, Inc., Nissan Motor Co., Ltd., Garff-Warner Nissan of SLC, LLC dba Ken Garff Nissan of Salt Lake, hereby move this Court to dismiss this action with prejudice, each side to bear their own costs and attorneys' fees.

DATED this 3 day of Nov, 2017.

MAINOR WIRTH, LLP

By: _____
DANIELLE TARMU, ESQ.
Nevada Bar No. 11727
KATIE E. GOLDBERG, ESQ.
Nevada Bar No. 13493
6018 S. Ft. Apache Road
Suite 150
Las Vegas, NV 89148

BOWMAN AND BROOKE LLP

#13584

By: _____
CURTIS J. BUSBY, ESQ.
Nevada Bar No. 6581
PAUL R. LEE, ESQ. (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
(602) 643-2300
curtis.busby@bowmanandbrooke.com
paul.lee@bowmanandbrooke.com

LEANN SANDERS, ESQ.
Nevada Bar No. 000390
EDWARD SILVERMAN, ESQ.
Nevada Bar No. 013584
**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com

Attorneys for Defendants Nissan North America, Inc., Nissan Motor Co., Ltd., and Garff-Warner Nissan of SLC, LLC dba Ken Garff Nissan of Salt Lake

## CERTIFICATE OF SERVICE

I hereby certify that on Dec. 28, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Danielle Tarmu, Esq.
Katie E. Goldberg, Esq.
MAINOR WIRTH, LLP
6018 S. Ft. Apache Road
Suite 150
Las Vegas, NV 89148
*Attorneys for Plaintiff*

_____
An Employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 29, 2017